UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:17-cr-07(2) DRL-SLC |
| WILLIAM D. BEAMON, | |
| Defendant. | |

ORDER

The court has reviewed the findings and recommendation of Magistrate Judge Paul Cherry filed March 2, 2020 (ECF 285). That day, Defendant William Beamon pleaded guilty to counts 9 through 14 of the 18-count indictment. Counts 9 and 11 charged Mr. Beamon with attempted assault with a dangerous weapon in aid of racketeering, in violation of 18 U.S.C. § 1959(a)(6) and 18 U.S.C. § 2. Count 13 charged Mr. Beamon with assault with a dangerous weapon in aid of racketeering, in violation of 18 U.S.C. § 1959(a)(3) and 18 U.S.C. § 2. Counts 10, 12, and 14 charged Mr. Beamon with discharging a firearm during and in relation to a crime of violence in violation of 18 U.S.C. § 924(c). The defendant and the government notified the court that they have no objections to the Magistrate Judge's findings and recommendation. The court now adopts the findings and recommendation in their entirety. Subject to this court's consideration of any plea agreement pursuant to Federal Rule of Criminal Procedure 11(c), the plea of guilty to these offenses as charged in the indictment is hereby ACCEPTED, and the defendant is adjudged guilty of such offenses. The undersigned judge will set a sentencing date and deadlines for sentencing memoranda following this order.

SO ORDERED.

March 5, 2020

*s/ Damon R. Leichty*
Judge, United States District Court